

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00038-CV

**IN THE ESTATE OF** Ramiro **AGUILAR** Jr., Deceased

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2012-PC-2800
Honorable Tom Rickhoff, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion requesting that we take judicial notice of the certified records from the 327th Judicial District Court of El Paso that were attached to the motion is GRANTED, the trial court's October 12, 2012 transfer order and January 28, 2013 sanctions order are AFFIRMED. The trial court's January 11, 2013 sanctions order is REVERSED and REMANDED for further proceedings consistent with this court's opinion.

It is ORDERED that appellee Margaret Morales recover her costs of this appeal from appellant Anthony C. Aguilar.

SIGNED February 19, 2014.

_Marialyn Barnard_
Marialyn Barnard, Justice